UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 20, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT ISAIAH PATTERSON,<br><br>Defendant. | Case No. 2:19-mj-00077-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  VINCENT ISAIAH PATTERSON , Case No. 2:19-mj-00077-AC  Charge 21 USC §841(a)(1) and 846 , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $  50,000 co-signed by Tiffany Jones and Susan Tagorda

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Terms and Conditions as stated on the record.

Issued at Sacramento, California on May 20, 2019 at  2:35 pm

By: _____

Magistrate Judge Carolyn K. Delaney