UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 20, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VINCENT ISAIAH PATTERSON,

Defendant.

Case No. 2:19-mj-00077-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __VINCENT ISAIAH PATTERSON__, Case No. __2:19-mj-00077-AC__ Charge __21 USC §841(a)(1) and 846__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __50,000 co-signed by Tiffany Jones and Susan Tagorda__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): __Terms and Conditions as stated on the record.__

Issued at Sacramento, California on May 20, 2019 at __2:35 pm__

By: _____

Magistrate Judge Carolyn K. Delaney